684 OCTOBER TERM, 1912.

Cases Disposed of Without Consideration by the Court. 227 U. S.

Appeal from the District Court of the United States for the Eastern District of Missouri. February 26, 1913. Dismissed, on motion of *Mr. Solicitor General Bullitt* for the appellant. *The Attorney General* for the appellant. No appearance for the appellees.

---

No. 166. UMENO SHIGEMATSU, APPELLANT, *v.* H. HACK-FELD & COMPANY, LIMITED. Appeal from the District Court of the United States for the Territory of Hawaii. February 27, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. John W. Cathcart* for the appellant. *Mr. Frank E. Thompson* and *Mr. Charles F. Clemons* for the appellee.

---

No. 173. JOSEPH ATWATER, PLAINTIFF IN ERROR, *v.* W. T. HASSETT, JUDGE, ET AL. In error to the Supreme Court of the State of Oklahoma. March 3, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. John Devereux* for the plaintiff in error. No appearance for the defendants in error.

---

No. 174. FREDERICK M. HUBBELL ET AL., AS TRUSTEES, ETC., PLAINTIFFS IN ERROR, *v.* LAFAYETTE HIGGINS. In error to the Supreme Court of the State of Iowa. March 3, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. Alonzo C. Parker* and *Mr. Will E. Johnston* for the plaintiffs in error. No appearance for the defendant in error.

---

No. 761. PHŒNIX KNITTING WORKS, APPELLANT, *v.* NATHAN J. RICH ET AL., AS N. J. RICH & COMPANY.

Appeal from the District Court of the United States for the Northern District of Ohio. March 5, 1913. Dismissed per stipulation. *Mr. Chas. F. Fawcett* for the appellant. *Mr. Albert Lynn Lawrence* for the appellees.

---

No. 224. RIWKE MAISEN, ALIAS RIWKE MAISCH, APPELLANT, *v.* LOUIS T. WEIS, UNITED STATES COMMISSIONER OF IMMIGRATION, ETC., ET AL. Appeal from the District Court of the United States for the District of Maryland. March 6, 1913. Dismissed with costs, on motion of counsel for the appellant. *Mr. Eugene O'Dunne* and *Mr. Thos. J. Mason* for the appellant. *The Attorney General* for the appellees.

---

No. 220. THE PULLMAN COMPANY, PLAINTIFF IN ERROR, *v.* ELLSWORTH C. IRVINE, RECEIVER, ET AL. In error to the Supreme Court of the State of Ohio. March 10, 1913. Dismissed per stipulation. *Mr. Wm. B. Sanders, Mr. Harold T. Clark, Mr. H. T. Wilcoxon, Mr. Andrew Squire* and *Mr. F. B. Daniels* for the plaintiff in error. *Mr. Fred C. Rector, Mr. Gilbert H. Stewart, Mr. Gilbert H. Stewart, Jr.,* and *Mr. T. E. Powell* for the defendants in error.